BOARD OF TRADE OF THE CITY OF NEWARK, RESPONDENT, v. CITY OF NEWARK, APPELLANT.

Submitted December 11, 1922—Decided February 1, 1923.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 52.

For the respondent, *Pitney, Hardin & Skinner.*

For the appellant, *Jerome T. Congleton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.